# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

**VICTOR CABRERA,**
**D.O.C. # C-11801,**

   *Plaintiff*,

v.                                 Case No.: 4:21cv148-MW/MAF

**MARK INCH, et al.,,**

   *Defendants*.
_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 6. Upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 6, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's claims are **DISMISSED** for failure to prosecute and failure to comply with a Court Order." The

Clerk shall close the file.

**SO ORDERED on July 7, 2021.**

<u>**s/Mark E. Walker**</u>
**Chief United States District Judge**